# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-                                            CIVIL ACTION NO. 02-368 DRH

KENNETH BROSH,

    Defendant.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff **UNITED STATES OF AMERICA** and against Defendant **KENNETH BROSH** in the sum of $15,445.00.

**IT IS FURTHER ORDERED** that Defendant **KENNETH BROSH** is **ENJOINED** from committing further violations of **42 U.S.C. § 3604(a)** and **(c).** In order to insure compliance with the Court's order, Defendant shall retain the following records for a period of five years and make same available to the United States Department of Justice, the Department of Housing and Urban Development or the designee of either for inspection upon request: (a) any advertisements of rental property; (b) records of current tenants, including names of adults and ages of children (which

can be determined after the property has been rented); and (c) last known addresses of past tenants.

NORBERT G. JAWORSKI, CLERK

November 20, 2003                    BY: /s/ Patricia Brown
                                          Deputy Clerk

APPROVED: /s/ David Herndon          EOD: 11/25/03
**DAVID R. HERNDON**
**U.S. DISTRICT JUDGE**